### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:

| | |
|---|---|
| Barry E. Disbennett | Case # 16-55518 |
| Kimberly L. Disbennett | Chapter 13 |
| Debtors | Judge Preston |

**STIPULATION OF INTEREST RATE FOR THE INTERNAL REVENUE SERVICE CLAIM SECURED BY PERSONAL PROPERTY (Claim #1)**

By agreement of the undersigned parties, notwithstanding the interest rate provided in the

Debtors' Chapter 13 plan, the Internal Revenue Service's claim (Claim #1 filed 9.12.2016) shall

receive interest at the rate of 4% on the portion of the claim secured by personal property.


/s/ Frank M. Pees by DTP (0076375)
Frank Pees, Chapter 13 Trustee


/s/ John F. Cannizzaro
John F. Canizzaro 0005096
CANNIZZARO, BRIDGES, JILLISKY & STRENG, LLC
302 South Main Street
Marysville, OH 43040
937-644-9125
937-644-0754 (fax)
bkadmin@cfbjs.com


/s/ Bethany J. Hamilton
Bethany J. Hamilton 0075139
Assistant US Attorney
303 Marconi Blvd #200
Columbus, OH 43215
614-469-5715
614-469-5240 (fax)
Bethany.hamilton@usdov.gov

**Certificate of Service**

      I hereby certify that a true copy of the foregoing was served upon Frank Pees, Ch 13 Trustee, 130 E. Wilson Bridge Rd #200, Worthington, OH 43085; U.S. Trustee, 170 N. High St #200, Columbus, OH 43215; Bethany Hamilton, Assistant US Attorney, 303 Marconi Blvd #200 Columbus, OH 43215, by ECF service or US regular mail, as may be appropriate, and upon Barry E. Disbennett and Kimberly L. Disbennett, 206 N. Maple St, Marysville, OH 43040, by regular US Mail, this 13th day of October 2016.

                                              /s/ John F. Cannizzaro
                                              John F. Cannizzaro