## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Barry E Disbennett | : | Case No: 16-55518 |
| Kimberly L Disbennett | | |
| Debtor(s) | : | Chapter 13 Judge: C KATHRYN PRESTON |
| | : | Filed 10/13/16 Stipulation with IRS and per review of file |

**FIRST AMENDED**

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income __X__         Below median income_____

__X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

   __X__ Plan takes over 60 months to complete. **73 mos due to claims as filed. (Note: Trustee is running IRS secured POC ($122,969.17) secured to the value per the plan of $6785 with the remainder unsecured).**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for December 01, 2016, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: 2500 mo**

**Best Interest Dividend: 0%**    **Dividend: 1%**

**Length: 73 Months**

Further, Trustee notes that:

   __X__ Debtor(s)' counsel to upload Wage Order.

Dated: October 20, 2016				Respectfully submitted,

**/s/ Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's First Amended Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: October 20, 2016                   **/s/ Frank M. Pees**
                                                   Frank M. Pees
                                                   Chapter 13 Trustee
                                                   130 East Wilson Bridge Road #200
                                                   Worthington, Ohio 43085-6300