## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

| | |
|---|---|
| Barry E. Disbennett | Case # 16-55518 |
| Kimberly L. Disbennett | Chapter 13 |
| Debtors | Judge Preston |

### AMENDED MOTION FOR AUTHORITY TO SELL REAL ESTATE LOCATED AT 207 S. ASH STREET, MARYSVILLE, OHIO 43040 FREE AND CLEAR OF ALL LIENS

Now come the Debtors herein, by and through counsel, and hereby move the Court for leave to sell real estate located at **207 S. Ash Street, Marysville, OH 43040**, free and clear of all liens, pursuant to the provisions of *11 U.S.C. section 363, Rule 6004 and Rule 2002 of the Federal Bankruptcy Rules and Rule 6004-1 of the local Bankruptcy Rules*.

The Debtors represent that a contract for sale has been procured.  The Debtors further represent as follows:

1. the Debtors' plan has been confirmed (Doc #50, 12.8.2016);

2. the address of the property being sold is: 207 S. Ash St, Marysville, OH 43040 (see attached exhibit "A");

3. the property is not the debtors' residence;

4. the sale price is:  $110,000.00

5. the valuation of the property set forth in the schedules is: $120,000.00

    The valuation submitted pursuant to a LBR 3015 appraisal is: $130,000.00;

The Debtors submit that the offer is fair and reasonable.  The Debtors have had the property listed for sale with a realtor for more than one year.  Prior to receiving the present offer, Debtors received no offers for the property.  The property is in need of serious repairs to

the roof and foundation, as well as other repairs;

      6.    the mortgagees or lienholders in the order of their priority are:

          I.    Union County Treasurer - $9,626.03 (plus per diem to date of closing);

          II.    Internal Revenue Service – the Internal Revenue Service is secured by the following liens in the approximate amounts of:
          i.    $27,635.49 lien filed 7/20/2007 OR 754 pg 589 (re-filed 3/22/2016) Union County Ohio Recorder's Official Records;
          ii.    $49,550.66 lien filed 9/27/2007 OR 754 pg 580 (re-filed 1/6/2016) Union County Ohio Recorder's Official Records;

          III.    State of Ohio Department of Taxation – the State of Ohio Department of Taxation is secured by a lien filed 2/11/2008 at 2008CJ0087 Union County Common Pleas Court Clerk's Office with an approximate current balance of $8,644.81;

          IV.    Internal Revenue Service – the Internal Revenue Service is secured by the following liens in the approximate amounts of:
          i.    $45,783.02 lien filed 5/7/2008 at OR 782 pg 469 Union County Ohio Recorder's Official Records;

      7.    the estimated amount of proceeds to be retained by the debtors is: $0

      8.    the estimated amount of sale proceeds to be paid into the plan is: $0

      9.    the plan provided for sale of the real estate;

      10.    the buyer, Connor Johnson, has no relationship to the debtors.

Unless otherwise directed, the closing agent shall make the disbursements at closing. The closing agent shall forward to the trustee the closing statement and any proceeds to be paid to the Chapter 13 estate within three (3) working days after closing. The settlement statement shall show:

    a.    the amount paid each lienholder;

    b.    the amount of real estate taxes paid;

    c.    the name and amount paid to any realtor;

    d.    any deductions from the sale proceeds, with an explanation therefore;

  e. any closing costs paid;

  f. the calculation of the total deductions from the sale proceeds and the amount of the sale proceeds being paid into the plan.

 The sale will be free and clear of all liens and encumbrances. The above named creditors' interests shall attach to the sale proceeds in the priority listed herein and up to the amounts reflected herein. There being no justifiable reason for delay, the Debtors seek an Order terminating the 14 day waiting as permitted by Rule 6004(h).

 WHEREFORE, the Debtors respectfully demand an Order:

  1. granting them leave to sell their real estate free and clear of all liens as provided herein;

  2. directing that all reasonable closing costs, costs of sale, real estate taxes, deed preparation costs and associated sale costs be paid out of the sale proceeds at closing;

  3. directing that the tax liens and other encumbrances attach to the proceeds of sale in the priority delineated herein and up to the amounts reflected;

  4. directing that any liens or encumbrances upon the real estate be released and forever discharged;

  5. finding that the liens and encumbrances upon the real estate attach to the sale proceeds in the order of their priority up to the extent there are funds available to pay those lienholders after payment of closing costs and expenses delineated in paragraph 2 of this section;

  6. that the closing agent be permitted to disburse the proceeds of sale at closing in the priority reflected herein up to the proceeds available;

  7. allowing Debtors to transfer the real estate to the buyers free and clear of all encumbrances; and,

8. that the 14 day waiting period be terminated.

/s/ Amy E. Gullifer
Amy E. Gullifer # 0074218
Attorney for Debtor(s)
CANNIZZARO, BRIDGES,
JILLISKY & STRENG, LLC
302 South Main Street
Marysville, Ohio 43040
937-644-9125 (telephone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com

# EXHIBIT A

FORM 566X Warranty Deed - OHIO Statutory Form
REV. 8/76



**135678**

# Know all Men by these Presents

That    MARGARET ANN COOK, unmarried

of                        County, State of Ohio, for valuable consideration paid, grant

with general warranty covenants, to    BARRY E. DISBENNETT and KIM L. HOLLINGSHEAD

whose tax mailing address is    303 West Sixth Street, Marysville, Ohio   43040

the following real property:

Real estate situated in the County of Union, in the State of Ohio, and in the City of Marysville, and bounded and described as follows:

Beginning at the intersection of the line marking the South margin of Sixth Street, and in the line marking the West margin of Ash Street; thence west with said line of Sixth Street four poles; thence South parallel with said Ash Street ten rods, more or less, to an alley; thence East with the North side of said alley four rods to the West margin of said Ash Street; thence North with said line to the place of beginning, and including all of In-Lot #162, except so much as has been taken for said Ash Street.

EXCEPTING THEREFROM the following real estate:

Being 63 feet in width off the south end of Lot No. 162 in the Western Addition to the City of Marysville. The premises herein conveyed having a frontage of 63 feet on Ash Street and a depth of 66 feet. Refer to the plat of the Western Addition to Marysville, in Vol. of Deeds No. 110, page 623, and also the proceedings in the renumbering of the lots of said Village of Marysville in Plat Book No. 1, Page 15. Also refer to the ordinance passed by the Village of Marysville on April 29, 1878, opening Ash Street, and appropriating land for the same.

           EXCEPT FOR EASEMENT AND RESTRICTIONS OF RECORD
           AND REAL ESTATE TAXES FOR THE YEAR 1985.

**TRANSFERRED**
APR 25 1985
Eloise Dowell, Aud.
BY Cmt

This Conveyance has been examined and the Grantor has complied with Section 319.202 of the Revised Code.

FEE $ 71 00/100

EXEMPT_____

ELOISE DOWELL, County Auditor

Prior Instrument Reference: Volume 243 Page 478
~~wife/husband of the grantor, releases all rights of dower therein.~~

Witness my hand this **19** day of April 19 85.

Signed and acknowledged in presence of

*Lois E. Mellinger*
*Jerry Wheeler*

X *Margaret Ann Cook*
MARGARET ANN COOK

State of ~~Ohio~~ Florida
Lee County, ss.
Before me, a Notary Public in and for said County and State, personally appeared the above named MARGARET ANN COOK, unmarried,

who acknowledged that she did sign the foregoing instrument and that the same is her free act and deed.

In Testimony Whereof, I have hereunto set my hand and official seal, at , Florida this **19** day of **April** A. D. 19 85.

*Jerry Wheeler*
Notary Public 1-16-88

State of
County, ss.
Before me, a in and for said County and State, personally appeared the above named

who acknowledged that did sign the foregoing instrument and that the same is free act and deed.

In Testimony Whereof, I have hereunto set my hand and official seal, at
this day of
A. D. 19

This instrument prepared by ALLEN, HOWARD & YURASEK, Attorneys at Law

---

**Warranty Deed**

MARGARET ANN COOK, unmarried,
TO
BARRY E. DISBENNETT & KIM L. HOLLINGSHEAD

April 19 85
Transferred
COUNTY AUDITOR

BETTY J. POLING
RECORDER, UNION CO., OH
1985 APR 25 PM 3: 55
VOL 295 PAGE 75
10.00

ALLEN, HOWARD & YURASEK
ATTORNEYS AT LAW
233 WEST FIFTH STREET
P. O. BOX 301
MARYSVILLE, OHIO 43040

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

| | |
|---|---|
| Barry E. Disbennett | Case # 16-55518 |
| Kimberly L. Disbennett | Chapter 13 |
| Debtors | Judge Preston |

**NOTICE OF MOTION or OBJECTION**

**Barry E. Disbennett and Kimberly L. Disbennett,** the Debtors herein, have filed papers with the Court on a **AMENDED MOTION FOR AUTHORITY TO SELL REAL ESTATE LOCATED AT 207 S. ASH STREET, MARYSVILLE, OHIO 43040 FREE AND CLEAR OF ALL LIENS**.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Debtor's motion, or if you want the Court to consider your views on the motion, then on or before 21 days after the date of service contained in the Certificate of Service, you or your attorney must file a written response to the motion, explaining your position, at:

> United States Bankruptcy Court Clerk
> 170 N. High Street
> Columbus, Ohio 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before time expires for filing the response.

You must also mail a copy to:

    Amy E. Gullifer, Attorney at Law
    302 S. Main Street
    Marysville, OH 43040

    Frank M. Pees, Chapter 13 Trustee
    130 E. Wilson Bridge Rd #130
    Worthington, OH 43085

    US Trustee's Office
    170 N. High Street #200
    Columbus, OH 43215

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

Date: December 22, 2016

    /s/ Amy E. Gullifer
    Amy E. Gullifer # 0074218
    302 South Main Street
    Marysville, OH 43040

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

| | |
|---|---|
| Barry E. Disbennett | Case # 16-55518 |
| Kimberly L. Disbennett | Chapter 13 |
| Debtors | Judge Preston |

## NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing attached pleading was served this date on the parties whose names and addresses are listed below as and for NOTICE that the attached pleading has been filed. Pursuant to Rule 2002(a)(6), the undersigned will present to the court a proposed order granting the relief sought unless within twenty-one (21) days after this date a written memorandum in opposition, along with a request for hearing on such opposition, is filed with the Court and served on the undersigned.

Date: December 22, 2016

/s/ Amy E. Gullifer
Amy E. Gullifer # 0074218
Attorney for Debtor(s)
CANNIZZARO, BRIDGES,
JILLISKY & STRENG, LLC
302 South Main Street
Marysville, Ohio 43040
937-644-9125 (telephone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com

Names and Addresses of Parties Served:
**ECF service to:**
Frank Pees, Chapter 13 Trustee
U.S. Trustees Office

**Ordinary U.S. mail service to:**
Barry & Kimberly Disbennett, 206 N. Maple Street, Marysville, OH 43040;
And all Creditors and Parties in Interest on the attached matrix

```
Label Matrix for local noticing          (p)AMERICOLLECT INC                    Asst US Trustee (Col)
0648-2                                    PO BOX 2080                            Office of the US Trustee
Case 2:16-bk-55518                        MANITOWOC WI 54221-2080                170 North High Street
Southern District of Ohio                                                        Suite 200
Columbus                                                                         Columbus, OH 43215-2417
Thu Dec 22 15:03:20 EST 2016

Bank Of America                           Bank of NY Mellon                      Bradley, Bryan A. MD
Nc4-105-03-14                             7360 S Kyrene Rd                       122 Professional Pkwy
Po Box 26012                              Tempe, AZ 85283-8432                   Marysville, OH 43040-8053
Greensboro, NC 27420-6012


CORPATH                                   Central Ohio Pathology Associates      (p)CHOICE RECOVERY INC
P.O. Box 636042, Dept 6042                P.O. Box 951427                        1550 OLD HENDERSON ROAD
Cincinnati, OH 45263-6042                 Cleveland, OH 44193-0016               STE 100
                                                                                 COLUMBUS OH 43220-3662


City of Marysville - City Attorney        City of Marysville Income Tax Division City of Marysville Tax Dept
209 S. Main Street                        PO Box 385                             209 S. Main Street
Marysville, OH 43040-1553                 Marysville, OH 43040-0385              Marysville, OH 43040-1553



Columbus Financial                        Columbus Surgical Specialists          Convergent Outsourcing
3050 E Main St                            3555 Olentangy River Rd.               800 SW 39th St
Columbus, OH 43209-3706                   Columbus, OH 43214-5901                P.O. Box 9004
                                                                                 Renton, WA 98057-9004


Barry E Disbennett                        Kimberly L Disbennett                  Ditech
206 N Maple St                            206 N Maple St                         Attn: Bankruptcy
Marysville, OH 43040-5003                 Marysville, OH 43040-5003              PO Box 6172
                                                                                 Rapid City, SD 57709-6172


Erin Marie Dooley                         Dublin Methodist Hospital              FBCS
The Law Office of Charles Mifsud, LLC     PO Box 182561                          330 S Warminster Rd
6305 Emerald Parkway                      Columbus, OH 43218-2561                Hatboro, PA 19040-3433
Dublin, OH 43016-3241


Fashion Bug                               Fifth Third Bank                       First Credit Inc
c/o Comenity Bank                         Fifth Third Bank Bankruptcy Department,PO Box 89458
PO Box 182273                             1830 E Paris Ave Se                    Cleveland, OH 44101-6458
Columbus, OH 43218-2273                   Grand Rapids, MI 49546-6253


General Audit Corp                        George Gusses, Co. LPA                 Brian M Gianangeli
P.O. Box 1568                             33 S. Huron St                         6305 Emerald Parkway
Lima, OH 45802-1568                       Toledo, OH 43604-8705                  Dublin, OH 43016-3241


Amy Elizabeth Gullifer                    Internal Revenue Service               Keybridge Collections
Cannizzaro, Bridges, Jillisky & Streng    P O Box 7346                           PO Box 1568
302 S. Main Street                        Philadelphia, PA 19101-7346            Lima, OH 45802-1568
Marysville, OH 43040-1556
```

| | | |
|---|---|---|
| LabCorp<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | MaternOhio Clinical Associates<br>PO Box 712353<br>Cincinnati, OH 45271-2353 | Meade & Associates<br>737 Enterprise Dr<br>Westerville, OH 43081 |
| Medicredit Corp/Outsource Group<br>Attn: Bankruptcy<br>Three City Place Dr Ste. 690<br>St Louis, MO 63141-7089 | Memorial Hospital<br>PO Box 951106<br>Cleveland, OH 44193-0005 | Memorial Internal Medicine<br>660 London Ave<br>Marysville, OH 43040-1515 |
| MidOhio Radiology<br>90 Village Pointe Drive<br>Powell, OH 43065-7207 | Midwest Physician Anesthesia Service<br>5151 Reed Road Ste 225-c<br>Columbus, OH 43220-2553 | Minute Clinic of Ohio<br>PO Box 8427<br>Belfast, ME 04915-8427 |
| Mt. Carmel Health<br>P.O. Box 182039   Dept 0064<br>Columbus, OH 43218-2039 | OSU Physicians<br>P.O. Box 740727<br>Cincinnati, OH 45274-0727 | OSU Wexner Medical Center- Patient Accts<br>PO Box 183102<br>Columbus, OH 43218-3102 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio ENT Surgeons<br>500 Thomas La  #4A<br>Columbus, OH 43214-1419 | Ohio Health Physticians Group<br>3535 Olentangy River Rd<br>Columbus, OH 43214-3908 |
| Pcb<br>Po Box 2051<br>New Albany, OH 43054-2051 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | Phoenix Financial Services LLC<br>PO Box 26580<br>Indianapolis, IN 46226-0580 |
| Riverside Hospital<br>P.O. Box 182141<br>Columbus, OH 43218-2141 | St. Ann's Hospital<br>500 Cleveland Ave<br>Westerville, OH 43081-8998 | State of Ohio Attorney General's Office<br>Revenue Recovery Divison<br>150 East Gay St., 21st Fl.<br>Columbus, OH 43215-3191 |
| State of Ohio Department of Taxation<br>Attn:  Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 | Syncb/HH Gregg<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| The HMC Group<br>29065 Clelms Rd Suite 200<br>Westlake, OH 44145-1179 | Tim Aslaner, City Law Director<br>209 S. Main St<br>Marysville, OH 43040-1553 | U.S. Attorney General's Office<br>303 Marconi  Blvd #200<br>Columbus, OH 43215-2326 |
| U.S. Attorney General's Office<br>Main Justice Bldg Room 5111<br>10th & Constitution Ave NW<br>Washington, DC 20530-0001 | Union County Treasurer<br>P.O.Box 420<br>Marysville, OH 43040-0420 | United Collection Bureau<br>5620 South Wyck Blvd  #206<br>Toledo, OH 43614-1501 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americollect Inc                    Choice Recovery
PO Box 1566                         1550 Old Henderson Rd #S100
Manitowoc, WI 54221                 Columbus, OH 43220
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ohio Department of Taxation          End of Label Matrix
                                        Mailable recipients    59
                                        Bypassed recipients     1
                                        Total                  60
```